UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARA MCHUGH, | ) |
| | ) |
| Plaintiff, | ) No. 4:14-CV-858-JAR |
| | ) |
| v. | ) |
| | ) |
| VALARITY, LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Pursuant to its order of August 6, 2014, the Court is now in receipt of Defendant's Reply in support of its motion for a sixty (60) day extension to conduct discovery before responding to Plaintiff's motion for partial summary judgment filed on July 21, 2014. (Doc. No. 22) Specifically, Defendant seeks to depose Plaintiff about the circumstances of the phone call she alleges gave rise to her FDCPA claim as well as information regarding her claim of actual damages. Plaintiff filed a sur-reply to Defendant's motion, arguing that an individual's knowledge or circumstances is irrelevant to the analysis of an FDCPA claims under the objective "unsophisticated consumer" standard, and that actual damages are not relevant to her motion, which is limited to liability. (Doc. No. 25) Upon consideration, the Court will grant Defendant an additional thirty (30) days to conduct limited discovery and file its response to Plaintiff's Motion for Summary Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time [19] is **GRANTED in part**. Defendant is granted an extension of time, up to and including **September**

**19, 2014**, within which to depose Plaintiff and file its response to Plaintiff's Motion for Partial Summary Judgment.

Dated this 11th day of August, 2014.

```
                                        /s/ John A. Ross
                                        JOHN A. ROSS
                                        UNITED STATES DISTRICT JUDGE
```